CLARENCE BOND, Respondent, v. FRANK X. CHESTER, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

FOSTER R. BOWLBY and Another, Executors, etc., of GEORGE M. BOWLBY, Deceased, Appellant, v. JOHN ENNIS McQUAIL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Jaycox, J., dissents.

CHARLES CORBETT, Respondent, v. HAUPT PAINT AND HARDWARE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

NATHANIEL FISHER, an Infant, by WILLIAM FISHER, His Guardian ad Litem, Respondent, v. M. F. HICKEY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

WILLIAM JOSEPH GREGOR, Respondent, v. CARTER & WEEKS STEVEDORING COMPANY, Appellant.— Judgment and order reversed upon the facts, and new trial granted, costs to abide the event, on the ground that the verdict is contrary to the weight of the evidence. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

LOUIS GROEHNERT, Respondent, v. HAUPT PAINT AND HARDWARE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN JORDAN, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Judgment and order unanimously affirmed, with costs. Regarding the claim that the verdict is excessive in amount, the record discloses that the defendant offered no evidence to dispute or contradict the testimony of the plaintiff and his physicians as to the extent of the injuries or their permanent character. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MAURICE KATZENSTEIN, Respondent, v. FRANK X. CHESTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

LAI CHONG and Others, Doing Business under the Firm Name and Style of Fo SING YUEN & COMPANY, Respondents, v. CITY OF NEW YORK INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

DOROTHEA LANGWITH, Respondent, v. ALFRED W. HERZOG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MARY C. LEWIS, Respondent, v. ROWLAND R. McROBERTS, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. [See post, p. 863.]

GEORGE H. LOEFFLER, JR., by His Guardian ad Litem, HARRIET LOEFFLER, Appellant, v. GEORGE H. LOEFFLER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.